# Court of Appeals
# of the State of Georgia

ATLANTA,＿＿March 27, 2015＿＿＿＿

*The Court of Appeals hereby passes the following order:*

## A15A1201. MEDLEY v. MEDLEY.

Appellant's brief and enumerations of error were due to be filed on March 23, 2015. Because they have not been filed, this appeal is **DISMISSED** pursuant to Court of Appeals Rules 13, 15 (a), and 23 (a).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,＿＿＿03/27/2015＿＿＿*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

＿＿＿＿＿＿＿＿＿*Stephen E. Castlen*＿＿＿＿＿＿＿＿, *Clerk.*